UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Martin Jonassen Etal

v

government Et USA Etal
Koster, Jill
Regner, Janice
Tautges, Jeremiah
Widdup, Joseph

2:12cv97

-FILED-

OCT 17 2012

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Notice This Is A Single Fact Complaint (Attached 4 pgs) I.E. Violations of Federally Protected Rights, etc. Common To All Defendants, And, All Facts, Defendants, And Plaintiffs, Are Irrebuttably, Directly Related, To, (Not Unrelated To), case 2:11cr163. Including, Title 18§ 247(a)(2), Title 18§ 241, 42 USC 1983, etc. Violations/Damages, etc. And Joinder, Move For Filings, (12 summons, 6 USM-285 Forms), 30 Day Continuance To Correct Any Deficiencies, And To Proceed Per Judge Van Bokkelen Order Dated 7-25-12.

Hereby adopt by reference all motions statements etc by Plaintiff in cases 2:11cr163 12-2199 12-2801 12-2892 12-3193 2:11cv468 12-2075 12-2986 12-3173 2:12cv97 12-2367 And restate same herein as if fully setout. Hereby move for copies of all filings by all parties in above named cases as they are necessary and not otherwise procurable.

"Qualified Immunity is dissolved if one points to a clearly analogous case, or a Right has been invaded." Saffel vs. Crews 183 F3d 655 658 (7th Cir 1999)

"Necessary Relief has been Authorized, And Courts should Grant Relief on Claims of Constitutional Violations." Cardwell vs Taylor 461 US 571 573 103 SCT 2015 2016 76LEd 2d 337 (1983)

"A Complaint does not need to specify the correct legal theory to survive, provided that Relief is Possible under Any set of facts." Spence vs Phoenix F supp 2d (2004)

"The Established Doctrine is The Court Errs if the Court dismisses the unrepresented Litigant w/o instruction on how to repair pleadings." Platsky vs CIA 953 F2d 25 (1991)

Hereby State Continueing Request For Instruction on Any Deficiencies, And move for 30 day Continuance To Correct Any Possible Deficiencies.

1

"Agents acting under color of law making Warrantless search give rise to cause of Action under the 4th Amendment." Bivens vs 6 Fed. Agents 403 US 388 91 SCT (1999)

Cannot Pay, Believe Entitled to redress. Hereby move to proceed/continue per Judge Van Bokkelen Order Dated July 25th, 2012.

Ewing vs O'Brien 60 F Supp 2d 813 (ND ILL 1999)
"The 7th Cir. recognizes the Constitutional Basis for a federal malicious prosecution claim" Treece vs Village Cleaners of Naperville 903 F Supp 1251 (ND ILL 1995)

"This type of misconduct satisfies the liberal pleading requirements For a Claim of Malicious Prosecution.

"Plaintiff has a Constitutional Right to have his Claim adjudicated According to STARE DECISIS where Facts are Substantially the same. Anastaoff vs U.S. 223 F3d 898 (8th Cir 2000) Bivens vs. 6 Federal Agents

Gov.et USA ETAL "Has violated Due Process / Equal Protection Requirements, etc. Laid Out By The UNITED STATES SUPREME COURT in State Farm Mutual Ins. Co. vs. Campbell 123 Ct 1513 And the 4th, 5th, 6th, 8th, and 14th Amends, To The U.S. Constitution."

"Court will not dismiss a complaint if there is any set of facts which would entitle the Plaintiff(s) to Relief." Burton vs Sheehan 68 F Supp 2d (ND ILL 1999)

"So long as the Court can "GLEAN" an actionable claim from the Complaint the Court must entertain the case."
People ex rel Ryan vs. Volpert 175 BANKR 247 (IVD ILL 1994)

"Consistancy of Claims is NOT required for Plaintiffs complaint to survive." Pickrel vs. City OF Springfield 45 F 3d 1115 (7th Cir. 1995)

2

FED R CIV P 18(a) "A party may join as many claims as it Has."

FED R CIV 18(b) "A party may join claims even though one of them is contigent on the disposition of the other."

FED R CIV P 8(a) " Incoporates a liberal pleading standard, Plaintiff(s) must allege a short, plain statement of the claim."
White & Brewer Trucking vs. Dowley 952 F Supp 1306 (CD ILL 1997)

Hereby reaffirm joinder of Martin Alice and Elizabeth Mary Jonassen in this action, for equitable relief, etc.

"Courts recognize the role of the work product doctrine and apply its protections to files of Defendants". Arizona vs. Bowen 104 Ariz 138 449 P 2d 603 396 US 912 90 SCt 229 94 LED 2d 188 (1969)

Polley vs. Superior Court of Santa Cruz Cnty 81 Ariz 127 302 P 2d 263
Peel vs Florida 154 SA2d 910 (1963)   Duffy vs. US. 473 F2d 840 CA8 (1956)
(1973)

"The exclusionary role in the Sixth Amendment applies to illegally obtained evidence and other incriminating evidence derived from it."
Nix vs. Williams 467 US 431 441 104 Sct 2501 81 LED 2d 377 (1984)

" Statements made under duress are inadmissable" Holt vs U.S. 218 US 245 252-53
31 SCt 254 LED 1021

"Custodial circumstances are inherently coercive and statements under these circumstances Are inadmissable." New York vs. Quarles 467 US 649 664 104 SCT 2626 2629 81 LEd 2d 550 (1984)

"The privilege against self-incrimination, reflects extraction of evidence from Defendant is Tyranny, We have Constitutional standards for protection of the privilege against self-incrimination."
Michigan vs. Tucker 417 US 433 456-66 94 SCT 2357 2374-75
41 LEd 2d 182 (1974)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Martin Jonassen Etal

V

2:12cv97

government Et USA Etal
Koster, Jill
Regnier, Janice
Tautges, Jeremiah
Widdup, Joseph

Single Fact Complaint I.E. Violations OF Federally Protected Rights, etc. Common To All Defendants And All Facts, Defendants, And Plaintiffs, Are Irrebuttably Directly Related To, (Not Unrelated To), case 2:11cr163. Including Title 18§247(a)(2), Title 18 241 Title 42 USC 1983, etc. Violations/Damages, etc.

gov et US Etal

During trial, (July 16-19), 2012 (2:11cr163) judge AT TRIAL influenced, intimidated, coerced, witness, Alice Jonassen, thereby creating substantial jury bias, Affecting Substantial Rights, And any outcome of a Fair Trial. SEE Transcripts. Where judge in session, on record, jurors present, asks a seperate female witness, "How it felt being Raped"
by PLAINTIFF
"How it felt being Raped"

Whereas Plaintiff has at No time raped anyone. Such being Obstruction of Justice 18:1512 (b)(1), Intimidation / Force Against A Witness 18:1512(b)(1), slander, defamation of Character, libel, abuse of discretion, malicious prosecution, violation of Due Process, Fair Preparation, Equal Protection and Further, Humiliation, Ridicule, Federal Constitutional Error, Violations of Law, Rights, Civil Rights, Conspiracy against Rights, Title 18§241, Obstruction of Free Exercise of Religious Beliefs, Title 18§247(a)(2) and Further. Hereby adopt by reference all motions, statements, etc., by Plaintiff, in cases, 2:11 cv 163, 12-2199, 12-2075, 12-2801, 12-2892, 12-3193, 2:11cv468, 12-2075, 11-2986, 12-3173, 2:12 cv 97, 12-2367, and restate same herein as if fully set out.

1 OF 4

## ~~CAUSE(S) OF ACTION WITH SUPPORTING FACTS~~

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation. **Number your paragraphs.**

(1.) 10-29-2011 8 AM At PCJ Joseph Widdup (SEE Case 2:11cv163 DE#141) Etc. in part Due to Deliberate Indifference, Negligence, Overcrowding, Mixing, Failure To Protect, Cruel And Unusual Punishment, Lack of Proper, Adequate, Food, Medical, Dental, and Further, above factors in Assault upon Plaintiff, by state inmate, with Assaultive History, Jeremiah Tautges, (SEE DE#33, etc. and case 2:11cv163 DE#141) Etc., repeatedly punching Plaintiff because Plaintiff would not give up food tray.

(2.) Jeremiah Tautges DIP, SEE # Enumeration Number One, And due in part to above, Plaintiff suffered severe injuries, including but not limited to: permanent vision loss, perm. hearing loss, loss of teeth, perm cheek/jaw injury, severe physical, mental, emotional, abuse, trauma, severe mental anguish, pain and suffering, substantial neck and back injuries, and further. Photographed, Documented, and Witnessed. As a direct and proximate Result of such attack/assault/battery, Plaintiff will continue to suffer pain, and limitations, of vision, hearing, etc., including, limited range of motion, in jaw, neck, back, etc., and restriction in activity etc. due such assault/battery upon Plaintiff by Jeremiah Tautges. ie. state inmate with assaultive history, at PCJ.

(3) 12-2-2011 5 PM Jill Kester, in Collusion with Janice Regnier, at PCJ, illegally stole, and copied, all of Plaintiffs Legal work product. SEE DOEES' FOR case 2:11cr163, DE# 60, AND DE#105.

Cause(s) of Action with Supporting Facts (continued)

Also DES' # 110, 116, 119, 125, 126, 127, 130, 133, Etc. 205, 212, Also DE# 233, documents further, malicious prosecution, due process, fair preparation, and equal protection, violations, affecting substantial Rights, And Plain, Manifest, Grave Errors, Etc. Federal Constitutional, Error, Etc. ON November 30th, 2012, and May 1st, 2012 SEE DE#s 47, And DE# 35, etc.

January 1st 2012 gov. pros. stole money from Plaintiffs acc., see case (2:11cv468 12-2075, 12-2986, 12-3173.) "Work product doctrine is distinct from And broader than attorney-client Privilege." Hickman vs Taylor 329 US 508 67 SCt 392 (12-2-2011 SEE Above Enumeration #3)

(4) After above incident (Apx. 1 week SEE Police Narrative) Janice Regnier did corruptly persuade, influence, extort, compell, Intimidate, Force, coerce, witness Elizabeth Jonassen, at 24906 July Avenue Gallatin, Missouri. IN Violation of Obstruction of Justice, 18: 1512(b)(1), Intimidation, Force Against witness, 18: 1512(b)(1)

And prior Lex Patriae, domicile, extraordinary In Extremis Exigent circumstance, concerning Domestic exercise of Special Privilege, Concerning Religion, i.e. Free Exercise of Religious Beliefs, and in fact ~~~~ ~~~~ Completely Excusing Plaintiff Liability, RES INTER ALIOS ACTA. Janice Regnier thereby Violating, AND, Obstruction OF Free Exercise of Religious Beliefs, Title 18: 247(a)(2), And Conspiring Against Rights Title 18 § 241.

And Constitutional Common Law, Intentional, Quasi, Transitory, Legal Wrong, Negligent Tort, and Injury IN FACT, And violating Self Critical Analysis, And Peer Review Privileges, Thru Duress, Coercion, Extortion, Compulsion, And Further, Causing Plain, Manifest, Grave, Irreversible, Irrebuttable, legal injury, Negligent, Prima Facie, Constitutional Tort, and Further. Title 42 § 1983 Revised Statute 1979 USCS, Pain and suffering, mental anguish, defamation of character, slander, Libel, and further.

"Miranda safeguards can be extended, not only to express questioning, but also, to its functional equivalent."
Arizona vs. Mauro 481 US 520 526 107 SCt 1931 1935 95 LED 2d 458 (1987)

"The phrase Functional equivalent, includes any words, of actions, on the part of police." Rhode Island vs. Innis 446 US 291 100 SCT 1682 64 LED 2d (1980)

"Use of illegal statements are errors of Constitutional Dimensions."
People vs Harris 31 A.D. 2d 828 298 N.Y. 2d 245 (1969)

"Courts should not aid or abet the lawbreaking officer."
Mapp vs Ohio 367 US 643 659 81 SCt 1684 1694 6 L Ed 2d 1081

This action is for compensatory / punitive, personal injury, etc. money damages, jointly / severally, etc. in excess of 1 million dollars.

Therefore we hereby move the Honorable Court to grant relief requested / Schedule herein Demanded Jury Trial, so that jury may:
a. determine the liability of the defendants / jointly / severally
b. determine the reasonableness of claim for damages plus expenses costs fees suffered etc.
c. modify claim for damages as the jury may see as fit and proper.
   And move that copies of complaint, summons, etc., be made / sent, etc. as necessary to facilitate this action / cause.

Further Affiant saith naught

Respectfully submitted

On this 4th day of Oct., 2012                               _____
                                   In propria persona  Martin Jonassen  unrepresented